UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
KOONIN, KEITH § Case No. 09-18733
KLEIN- KOONIN, JUNE E §
 §
　　　　Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on  11/18/11     in Courtroom B,
          Park City Branch Court
          301 Greenleaf Avenue
          Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____
                                                             Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KOONIN, KEITH § Case No. 09-18733
KLEIN- KOONIN, JUNE E §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 35,138.89 |
| and approved disbursements of | $ | 17.19 |
| leaving a balance on hand of[1] | $ | 35,121.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 4,263.89 | $ 0.00 | $ 4,263.89 |
| Trustee Expenses: JOSEPH E. COHEN | $ 4.80 | $ 0.00 | $ 4.80 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 17.19 | $ 17.19 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   4,268.69
Remaining Balance   $   30,853.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,912.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd<br>ComEd Co<br>2100 Swift Drive<br>Attn Bankruptcy Section Revenue Mgmt<br>Oakbrook, IL 60523 | $ 562.71 | $ 0.00 | $ 193.09 |
| 000002 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 495.12 | $ 0.00 | $ 169.90 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,483.36 | $ 0.00 | $ 1,538.43 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,791.01 | $ 0.00 | $ 3,016.57 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 12,082.81 | $ 0.00 | $ 4,146.13 |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 3,230.35 | $ 0.00 | $ 1,108.47 |
| 000007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,336.21 | $ 0.00 | $ 458.51 |
| 000008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 12,656.40 | $ 0.00 | $ 4,342.96 |
| 000009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 2,512.96 | $ 0.00 | $ 862.30 |
| 000010 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 539.64 | $ 0.00 | $ 185.18 |
| 000011 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 151.06 | $ 0.00 | $ 51.84 |
| 000012 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 38,987.07 | $ 0.00 | $ 13,378.14 |
| 000013 | Chase Bank USA,N.A. c/o Creditors Bankruptcy Service P.O.Box 740933 Dallas, TX 75374 | $ 740.06 | $ 0.00 | $ 253.95 |
| 000014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,762.37 | $ 0.00 | $ 604.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Talbots<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 415.63 | $ 0.00 | $ 142.62 |
| 000016 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 1,166.23 | $ 0.00 | $ 400.18 |
| | Total to be paid to timely general unsecured creditors | | $ | 30,853.01 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
                           Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                    Case No. 09-18733-ABG
Keith Koonin                                              Chapter 7
June E Klein- Koonin
     Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1       User: gbeemster              Page 1 of 2                   Date Rcvd: Oct 17, 2011
                           Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
db/jdb        +Keith Koonin,   June E Klein- Koonin,   20 Sherwood Drive,   Lincolnshire, IL 60069-3219
13953764       American Express,   PO Box 7871,   Ft. Lauderdale, FL  33329
15228776       American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13953767       BP Amoco,   PO Box 9014,   Des Moines, IA 50368-9014
13953765      +Bank of America,   PO Box 21848,   Greensboro, NC 27420-1848
13953766      +Barclays Bank Delaware,   125 S. West Str.,   Wilmington, DE 19801-5014
13953769       CHASE-BP,   Attention: Bankruptcy Department,   P.O Box 20507,   Kennesaw, GA 30156
13953768       Chase,   P.O.Box 52126,   Phoenix, AZ 85072-2126
15211010       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15298383      +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P.O.Box 740933,
                Dallas, TX 75374-0933
13953770      +Citibank USA,   Attn: Centralized Bankruptcy,   P.O Box 20507,   Kansas City, MO 64195-0507
13953772       Dell Financial Services,   12334 N. IH 35,   Austin, TX 78753
13953773      +Direct Merchant;s Bank,   Card Member Services,   P.O Box 5246,   Carol Stream, IL 60197-5246
13953774     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: HSBC,   PO Box 98706,   Las Vegas, NV 89193)
13953775      +Ira T. Nevel,   175 N. Franklin, #201,   Chicago, IL 60606-1847
13953776       Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
13953778      +Lord & Taylor,   PO Box 8077,   Lorain, OH 44055-8077
13953779       Macy’s,   PO Box 689195,   Des Moines, IA 50368-9195
13953781      +Orchard Bank,   P.O.Box 19360,   Portland, OR 97280-0360
13953782      +Talbots,   P.O Box 740158,   Cincinnati, OH 45274-0158
15374610      +Talbots,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13953783      +Target,   PO Box 9475,   Minneapolis, MN 55440-9475
13953784      +Washington Mutual,   8605 W. 95th,   Hickory Hills, IL 60457-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15138391       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:43
                American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
13953771      +E-mail/Text: legalcollections@comed.com Oct 18 2011 02:13:57      ComEd,   ComEd Co,
                2100 Swift Drive,   Attn Bankruptcy Section Revenue Mgmt,   Oakbrook, IL 60523-1559
15674409       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:42
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
13953777      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 18 2011 03:11:06      Kohls Department Store,
                N56W17000 Ridgewood,   Menomonee Falls, WI 53051-7096
15237806      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:38
                PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15239328*      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13953780     ##MBNA America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: gbeemster           Page 2 of 2            Date Rcvd: Oct 17, 2011
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                                **Signature:**  *Joseph Speetjens*