# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOONIN, KEITH | § | Case No. 09-18733 |
| KLEIN- KOONIN, JUNE E | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　　　4)  This case was originally filed under chapter     on          . The case was pending for      months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____    By:/s/JOSEPH E. COHEN_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 21848 Greensboro, NC 27420 |  |  |  |  |  |
|  | Bank of America PO Box 21848 Greensboro, NC 27420 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 7871 Ft. Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 7871 Ft. Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 7871 Ft. Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 7871 Ft. Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 7871 Ft. Lauderdale, FL 33329 | | | | | |
| | BP Amoco PO Box 9014 Des Moines, IA 50368-9014 | | | | | |
| | Barclays Bank Delaware 125 S. West Str. Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE-BP Attention: Bankruptcy Department P.O Box 20507 Kennesaw, GA 30156 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Chase P.O.Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Citibank USA Attn: Centralized Bankruptcy P.O Box 20507 Kansas City, MO 64195 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dell Financial Services 12334 N. IH 35 Austin, TX 78753 | | | | | |
| | Direct Merchant;s Bank Card Member Services P.O Box 5246 Carol Stream, IL 60197 | | | | | |
| | HSBC PO Box 98706 Las Vegas, NV 89193 | | | | | |
| | Ira T. Nevel 175 N. Franklin, #201 Chicago, IL 60606 | | | | | |
| | Juniper Bank PO Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Kohls Department Store N56W17000 Ridgewood Menomonee Falls, WI 53051 | | | | | |
| | Lord & Taylor PO Box 8077 Lorain, OH 44055 | | | | | |
| | MBNA America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | MBNA America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macy's PO Box 689195 Des Moines, IA 50368-9195 | | | | | |
| | Orchard Bank P.O.Box 19360 Portland, OR 97280-7044 | | | | | |
| | Talbots P.O Box 740158 Cincinnati, OH 45274 | | | | | |
| | Target PO Box 9475 Minneapolis, MN 55440 | | | | | |
| | Washington Mutual 8605 W. 95th Hickory Hills, IL 60457 | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000014 | CHASE BANK USA, N.A. | | | | | |
| 000013 | CHASE BANK USA,N.A. | | | | | |
| 000001 | COMED | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | TALBOTS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-18733 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KOONIN, KEITH | | Date Filed (f) or Converted (c): | 05/22/09 (f) |
| | KLEIN- KOONIN, JUNE E | | 341(a) Meeting Date: | 07/06/09 |
| For Period Ending: | 12/22/12 | | Claims Bar Date: | 06/11/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Single family home, 20 Sherwood | 675,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 5.00 | 0.00 | | 0.00 | 0.00 |
| 3. Bank of American Checking | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 6 rooms of furniture, aplliances, electronics (com | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Misc | 150.00 | 0.00 | | 0.00 | 0.00 |
| 6. Necessary wearing apparel | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401(k) not vested | 60,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. 1994 Volvo 850,150 miles | 2,200.00 | 0.00 | | 0.00 | 0.00 |
| 9. 1997 Infinity I30 Sedan 4 door, 125,000 miles and | 2,300.00 | 0.00 | | 0.00 | 0.00 |
| 10. CASH SURRENDER VALUE OF LIFE INSURANCE (u) | Unknown | 12,000.00 | | 35,126.90 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.78 | Unknown |
| TOTALS (Excluding Unknown Values) | $744,255.00 | $12,000.00 | | $35,139.68 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE CASH SURRENDER VALUE OF LIFE INSURANCE. CASH SURRENDER VALUE HAS BEEN TURNED OVER TO THE TRUSTEE AND A CLAIMS BAR DATE SET. TRUSTEE TO REVIEW CLAIMS THAT HAVE BEEN FILED. TRUSTEE FILED HIS FINAL REPORT AND HAS MADE A DISTRIBUTION TO CREDITORS. ALL CHECKS HAVE CLEARED THE BANK AND THE TRUSTEE IS FILING A FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 08/30/11     Current Projected Date of Final Report (TFR): 08/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18733 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | KOONIN, KEITH | | Bank Name: | BANK OF AMERICA, N.A. |
| | KLEIN- KOONIN, JUNE E | | Account Number / CD #: | *******1163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3994 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/10 | 10 | MONY Life Insurance Co. | Cash surrender value | 1229-000 | 35,126.90 | | 35,126.90 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 35,127.09 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,127.99 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,128.86 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,129.75 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,130.62 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,131.51 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,132.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,133.28 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,134.17 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.87 | | 35,135.04 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,135.94 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,136.84 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 35,137.11 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.19 | 35,119.92 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 35,120.22 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 35,120.50 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,120.81 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,121.10 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,121.39 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,121.70 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest rate 0.010 | 1270-000 | 0.29 | | 35,121.99 |
| * 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-003 | 0.30 | | 35,122.29 |
| * 09/30/11 | INT | Reverses Interest on 09/30/11 | Interest Rate 0.010 | 1270-003 | -0.30 | | 35,121.99 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 35,122.29 |
| 11/22/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 35,122.49 |
| 11/22/11 | | Transfer to Acct #*******2002 | Final Posting Transfer | 9999-000 | | 35,122.49 | 0.00 |

Page Subtotals 35,139.68 35,139.68

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18733 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KOONIN, KEITH | Bank Name: | BANK OF AMERICA, N.A. |
| | KLEIN- KOONIN, JUNE E | Account Number / CD #: | *******1163  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3994 | | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 35,139.68 | 35,139.68 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 35,122.49 | |
| | | | Subtotal | | 35,139.68 | 17.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 35,139.68 | 17.19 | |

Page Subtotals  0.00  0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18733 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KOONIN, KEITH | | Bank Name: | BANK OF AMERICA, N.A. |
| | KLEIN- KOONIN, JUNE E | | Account Number / CD #: | *******2002  BofA - Checking Account |
| Taxpayer ID No: | *******3994 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/11 | | Transfer from Acct #*******1163 | Transfer In From MMA Account | 9999-000 | 35,122.49 | | 35,122.49 |
| 11/29/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,263.89 | 30,858.60 |
| 11/29/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 4.80 | 30,853.80 |
| 11/29/11 | 003003 | ComEd<br>ComEd Co<br>2100 Swift Drive<br>Attn Bankruptcy Section Revenue Mgmt<br>Oakbrook, IL 60523 | Claim 000001, Payment 34.31430%<br>(1-1) Electric Service | 7100-000 | | 193.09 | 30,660.71 |
| 11/29/11 | 003004 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 34.31491% | 7100-000 | | 169.90 | 30,490.81 |
| 11/29/11 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 34.31511% | 7100-000 | | 1,538.47 | 28,952.34 |
| 11/29/11 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 34.31517% | 7100-000 | | 3,016.65 | 25,935.69 |
| 11/29/11 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 34.31520% | 7100-000 | | 4,146.24 | 21,789.45 |
| 11/29/11 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000006, Payment 34.31517% | 7100-000 | | 1,108.50 | 20,680.95 |

Page Subtotals     35,122.49     14,441.54

Ver: 17.00b

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18733 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | KOONIN, KEITH | | Bank Name: | BANK OF AMERICA, N.A. |
| | KLEIN- KOONIN, JUNE E | | Account Number / CD #: | *******2002 BofA - Checking Account |
| Taxpayer ID No: | *******3994 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/11 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 34.31571% | 7100-000 | | 458.53 | 20,222.42 |
| 11/29/11 | 003010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 34.31521% | 7100-000 | | 4,343.07 | 15,879.35 |
| 11/29/11 | 003011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 34.31531% | 7100-000 | | 862.33 | 15,017.02 |
| 11/29/11 | 003012 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 34.31547%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 185.18 | 14,831.84 |
| 11/29/11 | 003013 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000011, Payment 34.31087% | 7100-000 | | 51.83 | 14,780.01 |
| 11/29/11 | 003014 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 34.31517%<br>(12-1) CREDIT CARD DEBT | 7100-000 | | 13,378.48 | 1,401.53 |
| 11/29/11 | 003015 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P.O.Box 740933<br>Dallas, TX 75374 | Claim 000013, Payment 34.31479% | 7100-000 | | 253.95 | 1,147.58 |
| 11/29/11 | 003016 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000014, Payment 34.31516% | 7100-000 | | 604.76 | 542.82 |
| 11/29/11 | 003017 | Talbots<br>c/o Creditors Bankruptcy Service | Claim 000015, Payment 34.31417% | 7100-000 | | 142.62 | 400.20 |
| | | | Page Subtotals | | 0.00 | 20,280.75 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18733 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KOONIN, KEITH | | Bank Name: | BANK OF AMERICA, N.A. |
| | KLEIN- KOONIN, JUNE E | | Account Number / CD #: | *******2002  BofA - Checking Account |
| Taxpayer ID No: | *******3994 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/11 | 003018 | P.O. Box 740933<br>Dallas, TX 75374<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 34.31570% | 7100-000 | | 400.20 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,122.49 | 35,122.49 | 0.00 |
| Less:  Bank Transfers/CD's | 35,122.49 | 0.00 | |
| Subtotal | 0.00 | 35,122.49 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 35,122.49 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1163 | 35,139.68 | 17.19 | 0.00 |
| BofA - Checking Account - ********2002 | 0.00 | 35,122.49 | 0.00 |
| | 35,139.68 | 35,139.68 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        400.20

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*